# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE:

Dean Richard Vongermeten,
   Debtor(s)

Case No. 21-25409
Chapter 13

## MOTION TO CONFIRM EXPIRATION OF THE AUTOMATIC STAY

     Now Comes the Creditor, U.S. Bank National Association, not in its individual capacity but solely as Legal Title Trustee for RMTP Trust, Series 2021 BKM-TT-V, by and through its attorney, Michael Dimand, and moves this Court for the entry of an Order Confirming the Expiration of the Automatic Stay and in support thereof, states as follows:

     1. That the Creditor is a financial institution licensed to transact business in the State of Wisconsin.

     2. Debtor filed this Chapter 13 Petition on October 9, 2021.

     3. That Creditor is a secured creditor by virtue of a Mortgage upon real property located at 1921 Thurston Ave., Racine, WI 53403-2340.

     4. That the Debtor filed a previous Chapter 13 in this District on July 22, 2020, Case Number 20-25056, which was dismissed on March 12, 2021.

     5. That this case was filed within one year of the dismissal of debtor's prior case.

     6. That the Automatic Stay in this case expired by operation of Section 362(c)(3) of the Bankruptcy Code thirty days after the filing of this case, or November 8, 2021.

     7. No Motion was filed within the required time frame to extend the Automatic Stay.

WHEREFORE, Creditor prays as follows:

    a.    That the Court enter an Order Confirming the Expiration of the Automatic Stay; and waiving the provisions of Rule 4001 (a)(3);

    b.    For such other and further relief as this Honorable Court deems just and equitable.

Respectfully submitted:

/s/Michael Dimand
MICHAEL DIMAND
Attorney for Movant

Marinosci Law Group, P.C.
134 N. LaSalle St., Suite 1440
Chicago, IL 60602
847-641-5177
Fax: 401-234-5130
ILWIBK@mlg-defaultlaw.com

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE" (15USC 1692a)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE:

Dean Richard Vongermeten,
   Debtor(s)

Case No. 21-25409
Chapter 13

## NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

To: Dean Richard Vongermeten 1921 Thurston Ave., Racine, WI 53403-2340
Scott Lieske Chapter 13 Trustee P.O. Box 510920 Milwaukee, WI 53203
U.S. Trustee 517 East Wisconsin Ave., Room 430 Milwaukee, WI 53202

  PLEASE TAKE NOTICE that on January 25, 2022, movant U.S. Bank National Association, not in its individual capacity but solely as Legal Title Trustee for RMTP Trust, Series 2021 BKM-TT-V filed with the United States Bankruptcy Court for the Eastern District of Wisconsin the attached Motion to Confirm the Expiration of the Automatic Stay regarding the property located at 1921 Thurston Ave., Racine, WI 53403-2340. If you wish to object to the granting of this Motion, you must file your objection with the court and serve notice upon movant within fourteen (14) days of the date of this Notice, or the requested relief may be granted without further hearing.

/s/Michael Dimand
MICHAEL DIMAND

## CERTIFICATE OF MAILING

I, MICHAEL DIMAND, an attorney, certify that I served the above-named respondents by placing a copy of the Notice of Motion, Motion to Modify Automatic Stay, Note and Mortgage in an envelope, correctly addressed and mailing same by regular mail, postage pre-paid in the U.S. Mail chute at 125 E. Lake St., Bloomingdale, Illinois before the hour of 5:00 p.m. on January 25, 2022.

/s/Michael Dimand
MICHAEL DIMAND

THIS COMMUNICATION IS FROM A "DEBT COLLECTOR." (15USC 1692a)